# Court of Appeals
# of the State of Georgia

ATLANTA,___July 29, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14A1347. LEVERETT v. CAPITAL ONE BANK (USA), N. A.**

This appeal was docketed on March 20, 2014 and Appellant's brief was due for filing on April 9, 2014. Court of Appeals Rule 23 (a). Based upon Appellant's failure to file any brief in this case, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_07/29/2014_____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*